Franklin Parks, Plaintiff-Appellant, v. City of Chicago, a Municipal Corporation, Defendant-Appellee.

Gen. No. 49,330.

First District, Third Division.

June 18, 1964.

Gomberg & Missner, of Chicago (Sidney D. Missner, of counsel), for appellant; John C. Melaniphy, Corporation Counsel, of Chicago (Sydney R. Drebin and Marsile J. Hughes, Assistant Corporation Counsel, of counsel), for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.